## MARBAKER VS. MATSON.

A writ of error does not lie upon a case stated unless specially provided

Error to Common Pleas of Susquehanna County.    No. 195 January Term, 1881.

The Supreme Court quashed the writ of error, on March 28th, 1881, in the following opinion,

PER CURIAM:

This was a case stated without any provision for a writ of error, and in such case it is well settled that no writ of error lies.

Writ of error quashed.